IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY J. CURCIO,

Plaintiff,

v.

COLLECTORS UNIVERSE, INC. dba PROFESSIONAL SPORTS AUTHENTICATOR, GOLDIN AUCTIONS, LLC, ROXANNE GHEZZI, GREGORIO MARQUEZ, JACQUELINE CURIEL, and DOES 1-10,

Defendants.

No. 2:26-cv-01226-JHC

**ORDER**

Before the Court is Defendants' Motion to Strike Plaintiff's Second Amended Complaint. Dkt. # 17. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the record, and the governing law. Being fully advised, the Court GRANTS the motion and STRIKES the Second Amended Complaint at Dkt. # 16. This denial is without prejudice to Plaintiff's ability to move for leave to file a second amended complaint.

//

DATED this 8th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE