IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY J. CURCIO,

Plaintiff,

v.

COLLECTORS UNIVERSE, INC. dba PROFESSIONAL SPORTS AUTHENTICATOR, GOLDIN AUCTIONS, LLC, ROXANNE GHEZZI, GREGORIO MARQUEZ, JACQUELINE CURIEL, and DOES 1-10,

Defendants.

No. 2:26-cv-1226-JHC

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO COMPEL ARBITRATION**

This matter comes before the Court on Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction or to Compel Arbitration. Dkt. # 15. Plaintiff failed to file a timely response to the motion. Plaintiff did file an untimely response, *20 days after the noting date*. Dkt. # 19. Plaintiff did so without seeking leave to do so based on good cause. *See generally* Dkt. For the reasons presented by Defendants at Dkt. ## 15 and 18, the Court concludes that it lacks personal jurisdiction over Defendants, GRANTS the motion, and

DISMISSES this matter without prejudice to refile in an appropriate venue.[1] The Court DIRECTS the Clerk to strike the motion at Dkt. # 23 as moot.[2]

DATED this 23rd day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[1] Because the Court lacks personal jurisdiction, it does not reach the issue of arbitrability.

[2] Even if the Court considered Plaintiff's untimely response, it would still be inclined to conclude that it lacks personal jurisdiction.